IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE L. MILLER, Chapter 7 Trustee for Education Management Corporation, (A Pennsylvania Corporation), *et al.*, 1628 John F Kennedy Blvd, #950, Philadelphia, PA 19103<br><br>*Plaintiff*,<br><br>v.<br><br>KKR & CO. INC., 30 Hudson Yards, Ste. 7500 New York, NY 10001, *et al.*,<br><br>*Defendants*. | Case No. 2:25-cv-00311 |

### NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, Christopher J. Merken, a member of this Court in good standing, hereby enter my appearance as counsel of record on behalf of Defendants KKR & Co. Inc., KKR Credit Advisors (US) LLC, KKR Financial Holdings III, LLC, KKR Strategic Capital Institutional Fund, Ltd., KKR-Milton Capital Partners L.P., KKR-PBPR Capital Partners L.P., KKR Debt Investors II (2006) (Ireland) L.P., KKR Lending Partners L.P., FS KKR Capital Corp., 8 Capital Partners L.P., BCBSM, Inc., Spruce Investors Limited, and Kermit Cook, and request that copies of all papers in this action be served on me at the address set forth below.

**[SIGNATURE PAGE FOLLOWS]**

1

Dated: Philadelphia, PA
January 21, 2025

**DECHERT LLP**

By: */s/ Christopher J. Merken*
Christopher J. Merken
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Tel.: (215) 994-4000
Fax: (215) 994-2222
christopher.merken@dechert.com

*Attorneys for KKR & Co. Inc., KKR Credit Advisors (US) LLC, KKR Financial Holdings III, LLC, KKR Strategic Capital Institutional Fund, Ltd., KKR-Milton Capital Partners L.P., KKR-PBPR Capital Partners L.P., KKR Debt Investors II (2006) (Ireland) L.P., KKR Lending Partners L.P., FS KKR Capital Corp., 8 Capital Partners L.P., BCBSM, Inc., Spruce Investors Limited, and Kermit Cook*