### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GEORGE L. MILLER, Chapter 7 Trustee for Education Management Corporation (A Pennsylvania Corporation),** *et al.*,<br><br>　　　　　　**Plaintiff,**<br>　　v.<br><br>**KKR & CO. INC.,** *et al.*,<br><br>　　　　　　**Defendants.** | Case No. 2:25-cv-00311-JS |

### NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

　　Kindly enter the appearance of John W. Morris, Esquire of Coren & Ress, P.C. as counsel for Plaintiff, George L. Miller, Chapter 7 Trustee for Education Management Corporation, in the above-captioned litigation.

　　　　　　　　　　　　　　　　　　　　**COREN & RESS, P.C.**

Dated:  January 24, 2025　　　　　　　　*/s/ John W. Morris*
　　　　　　　　　　　　　　　　　　　　John W. Morris (PA Bar No. 4125)
　　　　　　　　　　　　　　　　　　　　COREN & RESS, P.C.
　　　　　　　　　　　　　　　　　　　　Two Commerce Square, Suite 3900
　　　　　　　　　　　　　　　　　　　　2001 Market Street
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　Tel: (215) 735-8700
　　　　　　　　　　　　　　　　　　　　Fax: (215) 735-5170
　　　　　　　　　　　　　　　　　　　　jmorris@kcr-law.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, John W. Morris, hereby certify that on January 24, 2025, I caused a true and correct copy of the foregoing Notice of Appearance to be served by the Court's electronic filing system and/or email on:

DECHERT LLP
Michael S. Doluisio
Christopher J. Merken
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
michael.doluisio@dechert.com
christopher.merken@dechert.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Andrew G. Gordon
Brian S. Hermann
Jeffrey J. Recher
1285 Avenue of the Americas
New York, NY 10019-6064
agordon@paulweiss.com
bhermann@paulweiss.com
jrecher@paulweiss.com

*Attorneys for Defendants KKR & Co. Inc., KKR Credit Advisors (US) LLC, KKR Financial Holdings III, LLC, KKR Strategic Capital Institutional Fund, Ltd., KKR-Milton Capital Partners L.P., KKR-PBPR Capital Partners L.P., KKR Debt Investors II (2006) (Ireland) L.P., KKR Lending Partners L.P., FS KKR Capital Corp., 8 Capital Partners L.P., BCBSM, Inc., Spruce Investors Limited, and Kermit Cook*

MORGAN, LEWIS & BOCKIUS LLP
John C. Goodchild III
Matthew C. Ziegler
2222 Market Street
Philadelphia, PA 19103-3007
john.goodchild@morganlewis.com
matthew.ziegler@morganlewis.com

*Attorneys for Oregon Public Employees Retirement Fund*

                                              */s/ John W. Morris*
                                              John W. Morris