IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE L. MILLER, CHAPTER 7 TRUSTEE FOR EDUCATION MANAGEMENT CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>KKR & CO., INC., et al<br><br><br>Defendants. | CIVIL ACTION<br><br>No. 2:25-cv-00311-JS<br><br>JURY TRIAL REQUESTED |

**ENTRY OF APPEARANCE**

**TO THE CLERK OF COURT:**

    Kindly enter the appearance of Stanley B. Edelstein of Kang Haggerty LLC as counsel on behalf of Defendant Maryland State Retirement and Pension in the above captioned matter.

                              KANG HAGGERTY LLC

DATE: January 29, 2025

                    By:  /s/*Stanley B. Edelstein*
                             Stanley B. Edelstein
                             Kang Haggerty LLC
                             123 South Broad Street, Suite 1950
                             Philadelphia, Pennsylvania 19109
                             (215) 525-5850 (tel)
                             (215) 525-5860 (fax)
                             sedelstein@kanghaggerty.com

                             *Counsel for Defendant Maryland State Retirement and Pension System*